IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Kemal Malaki Hameed,<br><br>Plaintiff,<br><br>v.<br><br>VZL Staffing, LLC, *et al.*,<br><br>Defendants. | Case No: 1:19-cv-03059-RDB |

## JOINT STIPULATION OF DISMISSAL w/ PREJUDICE

Please note that the parties in the above-captioned matter hereby agree to dismiss this case with prejudice, inasmuch as the parties have amicably settled all disputes related to this matter between them.

_____/s/_____
Marc A. Campsen, Esq.
Federal Bar No. 29791
7 Saint Paul St., 18th Floor
Baltimore, Maryland 21202
(410) 659-1343
(410) 659-1350 (fax)
mcampsen@wcslaw.com

*Counsel for Defendants*

_____/s/_____
Mark W. Howes, Esq.
Federal Bar No. 09489
Law Offices of Mark W. Howes, LLC
1906 Towne Centre Boulevard
Suite 275
Annapolis, Maryland 21401
(410) 266-1041
(410) 266-1449 (fax)
mwhowes@markhoweslaw.com

*Counsel for Plaintiff*

**Approved: 1/15/2021     /s/ - Richard D. Bennett**
                              **U.S. District Judge**